```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   NORTHERN DIVISION
```

TONY HOLLIS,                        \*
                                    \*
    Plaintiff,             \*    CIVIL ACTION NO. 14-00268-B
                                    \*
vs.                                 \*
                                    \*
CAROLYN W. COLVIN,                  \*
Commissioner of Social              \*
Security,                           \*
                                    \*
    Defendant.             \*

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff's claim for a period of disability and disability insurance benefits be **AFFIRMED.**

**DONE** this **20th** day of **July, 2015.**

                                                      /s/ SONJA F. BIVINS
                                          **UNITED STATES MAGISTRATE JUDGE**